Johnnie ROCKWELL, Plaintiff–
Appellant,

v.

William S. HALTER, Commissioner of

the Social Security Administration,* Defendant–Appellee.

No. 00–35036.

D.C. No. CV–99–06071–MFM.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted March 8, 2001.

Decided March 16, 2001.

Before T.G. NELSON, GRABER, and RAWLINSON, Circuit Judges.

ORDER

The judgment of the district court is AFFIRMED for the reasons set forth in the order of the district court filed on November 3, 1999.

IT IS SO ORDERED.